**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**JACKSON DIVISION**

**JOSEPH SIMS AND KANDY SIMS**              **PLAINTIFFS**
**and NATIONWIDE MUTUAL FIRE**
**INSURANCE**

**v.**              **CIVIL ACTION NO. 3:05CV66HTW-JCS**

**FORD MOTOR COMPANY**              **DEFENDANTS**
**and X, Y, AND Z**

---

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

---

         Pursuant to the Federal Rules of Civil Procedure, Plaintiffs Joseph Sims, Kandy Sims, and

Nationwide Mutual Fire Insurance Company, and Defendant Ford Motor Company, having reached

settlement, jointly move the Court by *ore tenus* motion for an Order dismissing this action with

prejudice.  Such motion has come before the Court and is granted.  Therefore, this action is hereby

dismissed with prejudice with all parties to bear their own costs and expenses of litigation, including

attorney's fees.

         This the 11th day of January, 2006.


                 **s/ HENRY T. WINGATE**
                 **CHIEF UNITED STATES DISTRICT JUDGE**

**AGREED TO AND APPROVED:**

____/s/S.A. Khoshbin_____
S.A. Khoshbin, Esq.
BUTRUS, KHOSHBIN, WILSON, VOGT, LLP
3625 North Hall Street
Park Creek Place, Suite 740
Dallas, Texas  75219-5110

C. Maison Heidelberg, Esq.
MAISON HEIDELBERG P.A.
795 Woodlands Parkway, Suite 220
Ridgeland, Mississippi  39157-5217

**COUNSEL FOR PLAINTIFFS**

____/s/Robert F. Walker_____
Robert F. Walker, Esq.
Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C.
4268 I-55 North, Meadowbrook Office Park
Jackson, Mississippi  39211-6391
**COUNSEL FOR FORD MOTOR COMPANY**

Civil Action No. 3:05-cv-66 WS

Agreed Order of Dismissal with Prejudice